Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILLIAM MIX,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN MORTGAGE SERVICING, INC., AND OCWEN LOAN SERVICING, LLC,<br><br>Defendants. | NO. 2:17-cv-00699-JLR<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE A RESPONSE TO COMPLAINT |

(Dkt. #4)

This matter came before the Court on a stipulated motion filed by Defendants Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC ("Defendants") requesting an extension of time to file a response to the Complaint. The Court has considered the pleading filed in support.

Based on the pleading submitted, it is

ORDERED, ADJUDGED and DECREED that the time to file a response to the Complaint is hereby extended to June 16, 2017.

DATED this 5th day of June, 2017.

Honorable James L. Robart
United States District Judge

Stipulation and Order to Extend
Time to File a Response to Complaint

Troutman Sanders, LLP
875 Third Avenue
New York, NY 10022
PH: 212.704.6169
FAX: 212.704.6288

1  Presented by:

2  /s/ *Timothy I. Kahler*
3  Timothy I. Kahler, WSBA # 13529
   TROUTMAN SANDERS LLP
4  875 Third Avenue
5  New York, NY 10022
   Telephone: 212.704.6169
6  Facsimile:   212.704.6288
7  Email: timothy.kahler@troutmansanders.com

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order to Extend
Time to File a Response to Complaint

- 2 -

Troutman Sanders, LLP
875 Third Avenue
New York, NY 10022
PH: 212.704.6169
FAX: 212.704.6288