THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
8                              AT SEATTLE

9   WILLIAM MIX,                          )
                                          )
10                         Plaintiff,     )   No. 2:17-cv-00699-JLR
                                          )
11      v.                                )   **ORDER GRANTING STIPULATED**
                                          )   **MOTION TO EXTEND TIME TO FILE**
12  OCWEN MORTGAGE SERVICING, INC.        )   **A RESPONSE TO COMPLAINT**
    and OCWEN LOAN SERVICING, LLC,        )
13                                        )   [~~PROPOSED~~] _JLR_
                           Defendants.    )
14                                        )   **NOTE ON MOTION CALENDAR:**
                                          )   **JUNE 16, 2017**
15  _____)
                                              _(DKT. #8)_ _JLR_
16        This matter came before the Court on a stipulated motion filed by Defendants Ocwen
                                                                    ^
17  Mortgage Servicing, Inc. and Ocwen Loan Servicing, LLC ("Defendants") requesting a

18  second extension of time to file a response to the Complaint.  The Court has considered the

19  pleading filed in support.

20        Based on the pleading submitted, it is

21        ORDERED, ADJUDGED, and DECREED that the time to file a response to the

22  Complaint is hereby extended to June 30, 2017.  _The court is unlikely to look favorably_
                                                    _on additional requests to extend this_
23        DATED this __19th__ day of June, 2017.   _deadline._
                                                                                    _JLR_
24

25                                        _____
                                          HONORABLE JAMES L. ROBART
26                                        UNITED STATES DISTRICT COURT JUDGE

27

ORDER GRANTING STIPULATED MOTION TO
EXTEND TIME TO FILE A RESPONSE TO COMPLAINT - 1
NO. 2:17-CV-00699-JLR

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

999999.0040/6993282.1

1   Presented by:

2   LANE POWELL PC

3

4   By: s/ Abraham K. Lorber
         Abraham K. Lorber, WSBA No. 40668
5        1420 Fifth Avenue, Suite 4200
         P.O. Box 91302
6        Seattle, WA 98111-9402
         Telephone: 206-223-7000
7        Facsimilie: 206-223-7107
         lorbera@lanepowell.com
8   Attorneys for Defendants Ocwen Mortgage
    Servicing, Inc. and Ocwen Loan Servicing, LLC
9

10  HYDE & SWIGART

11

12  By: s/ Sarah T. McEahern (via email authority)
         Sarah T. McEahern, WSBA # 50870
13       1525 Josephine St.
         Denver, CO 80206
14       Phone: 303-731-5493
         Fax: 800-635-6425
15       sm@westcoastlitigation.com
    Attorneys for Plaintiff William Mix
16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING STIPULATED MOTION TO
EXTEND TIME TO FILE A RESPONSE TO COMPLAINT - 2
NO. 2:17-CV-00699-JLR

999999.0040/6993282.1