UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MIX,<br><br>      Plaintiff,<br>  v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>      Defendant. | CASE NO. C17-0699JLR<br><br>ORDER STRIKING MOTION |

On June 30, 2017, Defendant Ocwen Loan Servicing, LLC, filed a motion to dismiss Plaintiff William Mix's complaint and noted the motion for July 28, 2017. (*See* MTD (Dkt. # 14).) Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Mr. Mix amended his complaint on July 20, 2017. (FAC (Dkt. # 18)); Fed. R. Civ. P. 15(a)(1)(B). On July 24, 2017, the court ordered Ocwen to show cause why the pending motion to dismiss, which was based on Mr. Mix's original complaint, was not moot. (*See* 7/24/17 Order (Dkt. # 19).) The next day, Ocwen responded to the court's order by requesting

ORDER - 1

1  that the court strike the motion to dismiss. (OSC Resp. (Dkt. # 21) at 2.) In his response
2  to Ocwen's motion to dismiss, Mr. Mix agrees that the motion is moot. (*See* MTD Resp.
3  (Dkt. # 20) at 2.) For these reasons, the court STRIKES Ocwen's motion to dismiss (Dkt.
4  # 14).

    Dated this 25th day of July, 2017.

                                            JAMES L. ROBART
                                            United States District Judge