UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| William Mix,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Ocwen Loan Servicing, LCC,<br><br>　　　　　Defendants. | **CASE NO: 2:17-CV-00699-JLR**<br><br>**NOTICE OF SETTLEMENT** |

　　　NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice within 45 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after May 3, 2018 for filing a Request for Dismissal.

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**Hyde & Swigart**

Date:  March 20, 2018

　　　　　　　　　　　　　　　　　　　　　By: _Sarah T. McEahern_
　　　　　　　　　　　　　　　　　　　　　　　Sarah T. McEahern, Esq.
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*